IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

```
MARTINA RANDOLPH, as PERSONAL   )
REPRESENTATIVE of and           )
INDEPENDENT ADMINISTRATOR of    )
THE ESTATE OF THOMAS            )
RANDOLPH, DECEASED              )
                                )
     Plaintiffs,                )
                                )
v.                              )   Case No. 3:25-cv-719
                                )
THE UNITED STATES OF AMERICA,   )
                                )
     Defendant.                 )
```

## **COMPLAINT**

### **JURISDICTION**

Jurisdiction lies pursuant to 28 U.S.C. § 1346(b)(1) and the Federal Tort Claims Act, 28 U.S.C. § 2674. The administrative exhaustion requirement of 28 U.S.C. § 2675 has been satisfied as more than six months have elapsed since federal agency presentment on June 21, 2024.

### **COUNT I**

(Wrongful Death v. The United States of America)

COMES NOW the Plaintiff, by and through her attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count I of her Complaint against The United States of America, states:

1. That on June 24, 2022, Thomas Randolph died, and his surviving spouse, Martina Randolph, as Personal Representative and as duly appointed Independent Administrator of his Estate brings this action for Illinois Survival Act and the Illinois Wrongful Death Statute claims for the benefit of decedent's Estate and next of kin.

2. That at all times herein mentioned, Marion VA Medical Center was an agency, agent, employee, or deemed employee of the United States when it, individually and by and through its agents, apparent agents, servants, and employees, including but not limited to Julie Lampley-Douglass, P.A., assumed the care of Thomas Randolph.

3. That on or about June 23, 2022, Thomas Randolph underwent a bilateral inguinal hernia repair, and prior to such operation he presented to defendant for preoperative clearance.

4. That the defendant, individually, and by and through its agents, apparent agents, servants, and/or employees, was guilty of one or more of the following negligent acts or omissions:

    a) Negligently and carelessly failed to advise Mr. Randolph to discontinue / taper his Sertraline and Aspirin preoperatively;

    b) Negligently and carelessly failed to - - in the alternative - - ask for preoperative hematology consultation; and/or

      c)   Negligently and carelessly prescribed a third anticoagulant - - heparin.

5. That as a direct and proximate result of one or more of the foregoing negligent acts and/or omissions as aforesaid, Thomas Randolph developed subserosal hemorrhages throughout his entire abdomen and ultimately bled out and died. His next of kin have been permanently deprived of his love, companionship, society, consortium, services, and support, and they have suffered permanent grief and sorrow and incurred and became liable for hospital, medical, funeral, and related expenses, all to their damage in a substantial amount.

WHEREFORE, Plaintiff demands judgement against the defendant in an amount greater than $75,000.00 plus costs.

## COUNT II

(Survival v. The United States of America)

COMES NOW the Plaintiffs, by and through her attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count II of her Complaint against The United States of America, states:

1.-4. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 4 of Count I as and for paragraphs 1 through and including 4 of Count II.

5. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the

defendants as aforesaid, Thomas Randolph developed subserosal hemorrhages throughout his entire abdomen, and he suffered severe abdominal pain, and otherwise significant both physical and emotional and psychological suffering, and incurred medical bills up until the time of his death.

WHEREFORE, Plaintiff demands judgement against the defendant in an amount greater than $75,000.00 plus costs.

/s/ Thomas Q. Keefe, III
Thomas Q Keefe, III
IL REG NO. 6294376
Attorney for Plaintiffs

**KEEFE, KEEFE & UNSELL, P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile)**
**Primary Email:** tiffany@tqkeefe.com
**Secondary Email:** keefetq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, I electronically filed the COMPLAINT with the Clerk of Court using the CM/ECF filing system.

<pre>
                              /s/ Thomas Q. Keefe, III_____
                              Thomas Q Keefe, III
                              IL REG NO. 6294376
                              Attorney for Plaintiff
</pre>